UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF ROOFERS LOCAL 149,
et al.,

        Plaintiffs,

                                  Case No. 12-10048

vs.

                                  HON. GEORGE CARAM STEEH

J.D. CANDLER ROOFING CO.,
et al.,

        Defendants.

_____/

ORDER DENYING PLAINTIFF'S MOTION
TO AMEND SCHEDULING ORDER [DOC. 14]

        This matter has come before the court on plaintiffs' motion to extend discovery. The Court has considered plaintiffs' motion and defendants' response in opposition, and has determined that oral argument would not aid the court's determination in this matter.

        Discovery cutoff in this case was May 15, 2012. On May 14, 2012, in addition to filing their motion to amend scheduling order, plaintiffs served a second set of discovery seeking the last known addresses of 19 safety monitors who have not already been deposed, as well as a notice of deposition of those persons for May 24 and May 25, 2012.

        Plaintiffs already took the depositions of 14 witnesses, including all of the former safety monitors and safety monitor supervisors that defendants were able to contact and arrange to appear for deposition. Plaintiffs have not adequately explained to the court why they did not seek the contact information of the 19 additional safety monitors

at the time they served their first set of discovery requests on February 10, 2012, or soon after defendants responded to those requests on April 12, 2012.  Furthermore, plaintiffs have not demonstrated that the additional depositions are likely to result in anything other than evidence that is cumulative to that which the parties have already obtained.

The court hereby requires that defendants comply with the second set of discovery to the best of their ability, by providing the last known addresses of the former safety monitors, but denies plaintiffs' motion to amend the scheduling order to extend discovery.  Now, therefore,

IT IS HEREBY ORDERED THAT plaintiffs' motion to amend scheduling order is DENIED.

It is so ordered.

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated:  May 21, 2012

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on May 21, 2012, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Secretary/Deputy Clerk